The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOBBY COLLINS,<br><br>Defendant. | NO. CR16-195RSL<br><br>**ORDER** |

For the reasons set forth in the parties' Stipulated Motion to Dismiss Violation of Supervised Release, the Court HEREBY ORDERS that the violation is dismissed and that the defendant shall remain in custody pending the sentencing hearing in this matter.

DATED this 24th day of January, 2017.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

 *s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970